JOHN JENDRUSIAK *v.* L. J. APPEL SONS, INC.
[No. 12, October Term, 1929.]

*Decided October 31st, 1929.*

The cause was argued before BOND, C. J., URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Daniel C. Joseph,* with whom was *Abram C. Joseph* on the brief, for the appellant.

*W. LeRoy Ortel,* for the appellee.

BOND, C. J., delivered the opinion of the Court, affirming the decree.